267

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Barbara Brown Rodgers

Plaintiff(s),

Civil No. 2-12-CV12962

v.

Judicial Officer: Judge Randon

Protect

Defendant(s).

FILED

2012 JUL 12 A 11: 34

U.S. DIST COURT CLERK
EAST.DIST.MICHIGAN
DETROIT

Complaint Amended

Also show parties who have been served

POOR QUALITY ORIGINAL

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Barbara Brown - Rodgers
**Signature of Filer**

5324 McClellan
**Street Address**

Det, Mi 48213
**City, State, Zip Code**

313 530 8060
**Telephone Number**

7-12-12
**Date**

STATE OF MICHIGAN
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

12-005884-CZ

Court address _____ Court telephone no. _____

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| | v | |

Plaintiff's attorney, bar no., address, and telephone no.

---

**SUMMONS** | **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

---

**COMPLAINT** | *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

Date _____ Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

STATE OF MICHIGAN
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**



Hon. John H. Gillis, Jr.          05/01/2012

12-005884-CZ

Court address _____                                    Court telephone no. _____

| Plaintiff's name(s), address(es), and telephone no(s). | v | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in_____
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | |
|---|---|---|
| | | Bar no. |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | |
|---|---|---|
| | | Bar no. |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you participate in court proceedings, please contact the court immediately to make arrangements.

**SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

```
WAYNE COUNTY SHERIFF
1711 CITY COUNTY BLDG
   313-224-2260

DATE 07/09/2012 MON   TIME 12:03
   5X             @1.53
   MILEAGE              $7.65
 1 MILEAGE              $7.65
   TOTAL              $15.30
   CASH              $100.30
   CHANGE             $85.00
      * ORDER# 0183 *
EMPLOYEE:   NO.033883   REG 01
         THANK YOU!
```

.D CAREFULLY

OFFICE 15 WORKING DAYS BEFORE YOU CALL TO

HE STATUS OF YOUR PAPERS.  WE WILL NOT CHECK ON

THE STATUS OF YOUR PAPERS UNTIL AFTER 15 WORKING DAYS

HAVE PASSED.  ONCE YOUR PAPERS HAVE BEEN SERVED YOUR

PROOF OF SERVICE WILL BE RETURNED TO YOU VIA MAIL OR YOU

MAY PICK THEM UP.  IF YOU PLAN TO PICK UP YOUR PAPERWORK

YOU NEED TO CALL OUR OFFICE ONE DAY IN ADVANCE SO YOUR

PAPERWORK WILL BE AVAILABLE FOR YOU.  IF YOUR PAPERS ARE

RETURNED TO YOU VIA MAIL, YOU MUST FORWARD YOUR

PAPERWORK TO THE CORRECT DEPARTMENT UNLESS OTHERWISE

REQUESTED.

THANK YOU.


**BENNY N. NAPOLEON, SHERIFF**
WAYNE COUNTY SHERIFF OFFICE
COURT SERVICES DIVISION
(313)224-2260

**U.S. Postal Service**

## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Parkway's Dealership*
Street, Apt. No.; *2/560 Hall Rd*
or PO Box No.
City, State, ZIP+4 *Clinton, Twpship Mi*

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0002 0214 5968

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Parkways Dealership*
*2/560 Hall Rd*
*Clinton Twpship,*
*Mich*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☑ Agent
☐ Addressee

B. Received by ( *Printed Name* )        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2150 0002 0214 5951

Sent To *Director*
*Copywrite Office Library*
Street, Apt. No.; or PO Box No. *of Congress Congressional*
City, State, ZIP+4 *Relations Wash, DC 20540*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**™

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Director, Copywrite Office, Congressional Relations, Library of Congress Wash, DC 20540*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☒ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *President Obama*
Street, Apt. No.; or PO Box No. *1600 Pennsylvania Ave*
City, State, ZIP+4 *White House Washington D.C. N.W. 20500*

PS Form 3800, August 2006          See Reverse for Instruction

7006 2150 0002 0214 5890

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Protective Services*
Street, Apt. No.; or PO Box No. *231 Lafayette Blvd*
City, State, ZIP+4 *Det, Mi 48226*

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0002 0214 5920

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Protective Services*
*231 Lafayette Blvd*
*Det, Mi 48226*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from servic
7006 2150 0002 0214 5920

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Director Charter One Bank*
Street, Apt. No.; or PO Box No. *184 County Rd*
City, State, ZIP+4 *Barrington, RI 02806*

PS Form 3800, August 2006     See Reverse for Instruction

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Director Charter One Bank 184 County Rd Barrington, RI 02806*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*President Obama 1600 Pennsylvania Ave White House N.W. Washington D.C. 20500*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☒ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | |
|---|---|---|
| JUDICIAL DISTRICT | SUMMONS AND COMPLAINT | CASE NO. |
| JUDICIAL CIRCUIT | | |
| COUNTY PROBATE | | |

BROWN RODGERS, BARBARA v PROTECT1
Hon. John H. Gillis, Jr.
12-005884-CZ
05/01/2012

Court address

Plaintiff's name(s), address(es), and telephone no(s).

v

Defendant's name(s), address(es), and telephone

Plaintiff's attorney, bar no., address, and telephone no.

**SUMMONS**  **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C]).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**  *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|

Place where action arose or business conducted

| Date | Signature of attorney/plaintiff |
|---|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

To order this form, call (517) 337-1211.
Target Information Management, Inc.

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS AND COMPLAINT** | BROWN RODGERS, BARBARA v PROTETCT<br>Hon. John H. Gillis, Jr.<br>05/01/2012 |

Court address



12-005884-CZ

Plaintiff's name(s), address(es), and telephone no(s).

v

Defendant's name(s), address(es), and telephone no(s).

*Mike Doc 1, ...*

Plaintiff's attorney, bar no., address, and telephone no.

---

**SUMMONS**    **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

---

**COMPLAINT**    *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |

| Place where action arose or business conducted |
|---|
| |

---

Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

To order this form, call 1-800-736-8227
Target Information Management, Inc.

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | |
| --- | --- | --- |
| JUDICIAL DISTRICT | **SUMMONS AND COMPLAINT** | CASE NO. |
| JUDICIAL CIRCUIT | | |
| COUNTY PROBATE | | |

BROWN RODGERS, BARBARA v PROTE...
Hon. John H. Gillis, Jr.
12-005884-CZ
05/01/20...

**Court address**

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone |
| --- | --- | --- |
| *[handwritten] Barbara Brown* | v | *[handwritten] Douglas Jones* |
| Plaintiff's attorney, bar no., address, and telephone no. | | |
| *[handwritten]* | | |

**SUMMONS**   **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C]).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
| --- | --- | --- |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| --- | --- |
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
| --- | --- |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01   (3/08)   **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 2.206(A)

SUMMONS AND COMPLAINT

| PROOF OF SERVICE | Case No. 12 005842 |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☑ **OFFICER CERTIFICATE**   OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:   (notarization not required) | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☑ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
  together with _____
  List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service          | Day, date, time |
|---|---|---|
| MR. KENNETH IRVING | 5431 McClellan  Detroit, MI  48213 | WED. MAY 16, 2012 At 1315 Hours |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge, and belief.

Signature _____

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ 7 ∞ | $ | $ | $ 21 |

Name (type or print) **Sean White**

Title WAYNE COUNTY DEPUTY SHERIFF

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                         Date

My commission expires: _____  Signature: _____
                            Date                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                    Attachments

on _____
   Day, date, time

on behalf of _____

Signature _____

To order this form, contact:
Target Information Management, Inc.

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

CASE NO.

BROWN RODGERS, BARBARA v PROTETCT   05/01/2012
Hon. John H. Gillis, Jr.

12-005884-CZ

Court address

Plaintiff's name(s), address(es), and telephone no(s).

*Barbara Brown Rodgers*
*324*

v

Defendant's name, address(es), and telephone no(s).

*Lincoln*
*Williams*
*4 7 Shoemaker*

Plaintiff's attorney, bar no., address, and telephone no.

*Barbara Brown*
*3*

---

**SUMMONS**  **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 5/1/12 | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**  *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |

| Place where action arose or business conducted |
|---|
| |

| Date | Signature of attorney/plaintiff |
|---|---|
| | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

To order this form, call (517) 788-1321
Target Information Management

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
| | 1st copy - Defendant | 3rd copy - Return |

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND CC**

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.

**CASE NO.**

05/01/2012

12-005884-CZ

Court address

ephone no.

Plaintiff's name(s), address(es), and telephone no(s).

_Barbara Brown Rodgers_
_S 324 McClellan_
_Det            48213_

v

Defendant's name(s), address(es), and tele(          s).

Plaintiff's attorney, bar no., address, and telephone no.

_Barbara Brown Rodgers_
_S 324_

**SUMMONS**   **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
| | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| | | |

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| | |
| Place where action arose or business conducted | |

Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01   (3/08)   **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

To order this form, call (517) 827-1211
Target Information Management, Inc.

*Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd ~~copy~~ |

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012

12-005884-CZ

Court address _____ Phone no. _____

Plaintiff's name(s), address(es), and telephone no(s).

*Barbara Brown-Rodgers*
*5324 McClellan*
*Det Mi ...*

Defendant's name(s), address(es), and telephone no(s).

*Judge Robert*
*Ziolkowske*
*City County Bldg*
*2 Woodward*
*10th*

Plaintiff's attorney, bar no., address, and telephone no.

*Barbara Brown Rodgers*
*5324 McClellan*
*Det Mi ...*

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 5/1/12 | 7/1/12 | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |

| Place where action arose or business conducted |
|---|
| |

| Date | Signature of attorney/plaintiff |
|---|---|
| | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

To order this form, call (1-800-XXXX)
Target Information Management, Inc.

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
| JUDICIAL DISTRICT | | |
| JUDICIAL CIRCUIT | SUMMONS AND COMPLAINT | BROWN RODGERS, BARBARA v PROTETCT |
| COUNTY PROBATE | | Hon. John H. Gillis, Jr. |

Court address

12-005884-CZ
05/01/2012

**Plaintiff's name(s), address(es), and telephone no(s).**

Barbara Brown Rodgers
5326 W. Mellen

**Plaintiff's attorney, bar no., address, and telephone no.**

Barbara Brown Rodgers
5326 W. Mellen
Det Mi 48213

**Defendant's name(s), address(es), and telephone**

Judge Susan
Hubbard
City County Bldg
2 Woodward
Det Mi 48

---

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |

*This summons is invalid unless served on or before its expiration date.*
This document must be sealed by the seal of the court.

---

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

---

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |

| Place where action arose or business conducted |

| Date | Signature of attorney/plaintiff |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01   (3/08)  **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.

05/01/2012

12-005884-CZ

Court address _____

| Plaintiff's name(s), address(es), and telephone no(s). | Defendant's name(s), address(es), and telephone no(s). |
| --- | --- |
| *(handwritten)* Barbara Brown Rodgers | *(handwritten)* |
| Plaintiff's attorney, bar no., address, and telephone no. | |
| *(handwritten)* Barbara Brown | |

**SUMMONS**   **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state) [MCR 2.111[C]]
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
| --- | --- | --- |
| 5/7/12 | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| --- | --- |
| | |
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
| --- | --- |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**MC 01** (3/08)   **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

| STATE OF MICHIGAN | | |
|---|---|---|
| ☐ JUDICIAL DISTRICT<br>☐ JUDICIAL CIRCUIT<br>☐ COUNTY PROBATE | SUMMONS AND COMPLAINT | BROWN RODGERS, BARBARA v PROTETCT<br>Hon. John H. Gillis, Jr.          05/01/2012 |



12-005884-CZ

Court address _____ No. _____

| Plaintiff's name(s), address(es), and telephone no(s). | Defendant's name(s), address(es), and telephone no(s). |
|---|---|
| *Barbara Brown Rodgers*<br>*5324 McClellan*<br>*Det, Mi 48213* | *Judge Judy*<br>*Stempien*<br>*City Judy Bldg*<br>*2 Woodward*<br>*Det, Mi 48226* |
| Plaintiff's attorney, bar no., address, and telephone no.<br>*Barbara Brown Rodgers*<br>*324 McClellan*<br>*Det, Mi 48213* | |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | *8/31/12* | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| *5324 McClellan* | *Judy City 2 Woodward* |
| Place where action arose or business conducted | |
| | |

| Date | Signature of attorney/plaintiff |
|---|---|
| | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

RETURN

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
2nd copy - Return

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                05/01/2012

| STATE OF MICHIGAN | | |
|---|---|---|
| JUDICIAL DISTRICT | **SUMMONS AND COMPLAINT** | |
| JUDICIAL CIRCUIT | | |
| COUNTY PROBATE | | |

12-005884-CZ

Court address

Plaintiff's name(s), address(es), and telephone no(s).

*[handwritten]*  v

Defendant's name(s), address(es), and telephone no(s).

*[handwritten]*

Plaintiff's attorney, bar no., address, and telephone no.

*[handwritten]*

**SUMMONS   NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and is to be attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
|---|---|
| | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
| JUDICIAL DISTRICT | SUMMONS AND COMPLAINT | BROWN RODGERS, BARBARA v PROTETCT |
| JUDICIAL CIRCUIT | | Hon. John H. Gillis, Jr.    05/01/2012 |
| COUNTY PROBATE | | |



12-005884-CZ

Court address

| Plaintiff's name(s), address(es), and telephone no(s). | Defendant's name(s), address(es), and telephone no(s). |
| Barbara Brown-Rodgers | Judge Prentis Edwards |
| 5324 McClellan | City County Bldg 2 |
| Det Mi 48213 | Woodward Det, Mi 482 |
| Plaintiff's attorney, bar no., address, and telephone no. | Water Board city |
| Barbara Brown-Rodgers | Det Box 32711 |
| 5324 McClellan | Det Mi 48326 |
| Det, Mi 48213 | |

**SUMMONS** | NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court and serve a copy on the other party or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action in the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 5/3/12 | This summons expires 8/1/12 | Court clerk _____ |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** | Instruction: The following is information that is required to be in the caption of every complaint and must be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| 5324 McClellan Det Mi | City County Bldg 2 Woodward |
| Place where action arose or business conducted | Det Mi 48826, Box 32711 |
| 48213 | Det Mi 48232 |

| Date 5-4-12 | Signature of attorney/plaintiff  Barbara Brown-Rodger |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
| 1st copy - Defendant | 3rd copy - Return |

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012

12-005884-CZ

Court address _____ _____ no.

| Plaintiff's name(s), address(es), and telephone no(s). | Defendant's name(s), address(es), and telephone no(s). |
|---|---|
| *(handwritten)* | *(handwritten)* |

Plaintiff's attorney, bar no., address, and telephone no.
*(handwritten)*

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). MCR 2.111[C].
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 5/1/12 | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |

Place where action arose or business conducted

Date _____   Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

RETURN

To order this form, call (517) 337-1211
Target Information Management, Inc.
Approved, SCAO

BROWN RODGERS, BARBARA v PROTETCT
05/01/2012
Hon. John H. Gillis, Jr.

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

12-005884-CZ

Court address

---

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| *(handwritten)* Barbara Brown-Rodgers ... | v | *(handwritten)* County Clerk Cathy Garrett ... |

| Plaintiff's attorney, bar no., address, and telephone no. |
|---|
| *(handwritten)* Barbara Brown ... |

**SUMMONS**    **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**    *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| *(handwritten)* | *(handwritten)* |
| Place where action arose or business conducted | |
| *(handwritten)* | |

Date _____    Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaint<br>3rd copy - Retu |
|---|---|---|

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COM**

**CASE NO.**

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012

12-005884-CZ

Court address                                                                                                 hone no.

**Plaintiff's name(s), address(es), and telephone no(s).**

*(handwritten)*

v

**Defendant's name(s), address(es), and telephone no(s).**

*(handwritten)*

**Plaintiff's attorney, bar no., address, and telephone no.**

*(handwritten)*

**SUMMONS**   **NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 5/1/12 | 5/3/12 | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|

Place where action arose or business conducted

Date _____                          Signature of attorney/plaintiff _____

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | |
|---|---|---|
| JUDICIAL DISTRICT | **SUMMONS AND COMPLAINT** | **CASE NO.** |
| JUDICIAL CIRCUIT | | BROWN RODGERS, BARBARA v PROTETCT |
| COUNTY PROBATE | | Hon. John H. Gillis, Jr.    05/01/2012 |

*Court address*

**12-005884-CZ**

Plaintiff's name(s), address(es), and telephone no(s).

*Barbara Brown Rodg...*
*5 32...*
*...2   3*

Defendant's name(s), address(es), and telephone...

*Judge Susan...*
*Hibbard...*
*City County...*
*2 Woodward...*
*Det Mi 48...*

Plaintiff's attorney, bar no., address, and telephone no.

*Barbara Brown Rodg...*
*5 32...*
*...ellen*
*Det Mi 48...*

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date.*
This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |
| Place where action arose or business conducted | |

Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | SUMMONS AND COMPLAINT | BROWN RODGERS, BARBARA v PROTETCT |
|---|---|---|---|
| JUDICIAL DISTRICT | | | Hon. John H. Gillis, Jr.    05/01/2012 |
| JUDICIAL CIRCUIT | | | |
| COUNTY PROBATE | | | |

12-005884-CZ

Court address

| Plaintiff's name(s), address(es), and telephone no(s). | v | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|

Plaintiff's attorney, bar no., address, and telephone no.

## SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

This document must be sealed by the seal of the court.

## COMPLAINT

*Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

## VENUE

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|

Place where action arose or business conducted

| Date | Signature of attorney/plaintiff |
|---|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | |
|---|---|---|
| JUDICIAL DISTRICT | SUMMONS AND COMPLAINT | CASE NO. |
| JUDICIAL CIRCUIT | | |
| COUNTY PROBATE | | |

Court address

CASE NO.
BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.

05/01/2012

12-005884-CZ

Plaintiff's name(s), address(es), and telephone no(s).

v

Defendant's name(s), address(es), and telep...

Plaintiff's attorney, bar no., address, and telephone no.

---

## SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

---

## COMPLAINT

*Instruction:* The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

---

## VENUE

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

| Date | Signature of attorney/plaintiff |
|---|---|

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**MC 01** (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

RETURN



**Benny N. Napoleon**
*Wayne County Sheriff*

May 11, 2012

BARBARA BROWN-RODGERS
5324 MCCLELLAN
DETROIT, MICHIGAN 48213

|  |  |
|---|---|
| *RE:* | *Mayor Bing* |
| *Sheriff No:* | *12-11516* |

Dear Sir or Madam:

Our deputy sheriff has been unable to serve process in the aforementioned cause due to reason/reasons stated below:

(   )     *Moved, no forwarding address provided*
(   )     *No such address as provided*
(   )     *House/property vacant*
(   )     *Subject is unknown at address*
( X )     *Other:*

Deputy Michael Jackson, Jr. attempted to serve a summons and complaint @ 2 Woodward Avenue, 1126 CAYMC. Detroit, Michigan 48226. Service rejected: no complaint attached.

If you need an Affidavit of Non-Service (which you will need to obtain an *Order for Alternate Service* (Michigan Court Rule 2.106) please forward a copy of this letter plus $10 made payable Wayne County Sheriff.

You may pay the fee in person or by mail. In either case, please provide us with a copy of this letter. Our mailing address is 2 Woodward Avenue, Room 1711 of the Coleman A. Young Municipal Center, Detroit, Michigan 48226. This office accepts cash or checks.

If you have any questions regarding this matter, please call Clerical Specialist, Ms. Sanders. I may be reached at 313-224-2261. Thank you for your time and attention to this matter.

Very truly yours,
**BENNY N. NAPOLEON**
Wayne County Sheriff

**WAYNE COUNTY SHERIFF'S COURT DIVISION**
2 WOODWARD RM 1711 • DETROIT, MI 48226 •
(313) 224-2260 PH (313)224-2433 FAX



**Benny N. Napoleon**
*Wayne County Sheriff*

May 11, 2012

BARBARA BROWN-RODGERS
5324 MCCLELLAN
DETROIT, MICHIGAN 48213

> *RE:*                 *Cypress Doe*
> *Sheriff No:*      *12-11481*

Dear Sir or Madam:

　　Our deputy sheriff has been unable to serve process in the aforementioned cause due to reason/reasons stated below:

( )   *Moved, no forwarding address provided*
( )   *No such address as provided*
( )   *House/property vacant*
( )   *Subject is unknown at address*
( X ) *Other:*

　　Deputy Lindsay Held attempted to serve a summons and complaint @ 2 Woodward Avenue, Detroit, Michigan 48226. Person does not exist

　　If you need an Affidavit of Non-Service (which you will need to obtain an *Order for Alternate Service* (Michigan Court Rule 2.106) please forward a copy of this letter plus $10 made payable Wayne County Sheriff.

　　You may pay the fee in person or by mail. In either case, please provide us with a copy of this letter. Our mailing address is 2 Woodward Avenue, Room 1711 of the Coleman A. Young Municipal Center, Detroit, Michigan 48226. This office accepts cash or checks.

　　If you have any questions regarding this matter, please call Clerical Specialist, Ms. Sanders. I may be reached at 313-224-2261. Thank you for your time and attention to this matter.

> Very truly yours,
> **BENNY N. NAPOLEON**
> Wayne County Sheriff

**WAYNE COUNTY SHERIFF'S COURT DIVISION**
2 WOODWARD RM 1711 • DETROIT, MI 48226 •
(313) 224-2260 PH (313)224-2433 FAX



**Benny N. Napoleon**
*Wayne County Sheriff*

May 14, 2012

BARBARA BROW-RODGERS
5324 MCCLELLAN
DETROIT, MICHIGAN 48213

> **RE:**              **NAACP Detroit Branch**   *C/o Black Pac...*
> **Sheriff No:**      **12-11485**

Dear Sir or Madam:

Our deputy sheriff has been unable to serve process in the aforementioned cause due to reason/reasons stated below:

( )    *Moved, no forwarding address provided*
( )    *No such address as provided*
( )    *House/property vacant*
( )    *Subject is unknown at address*
( X )  *Other:*

Deputy Michael Jackson, Jr. attempted to serve a summons and complaint @ 8220 Second Avenue in Detroit, Michigan 48202. Unable to accept service; no complaint attached.

If you need an Affidavit of Non-Service (which you will need to obtain an *Order for Alternate Service* (Michigan Court Rule 2.106) please forward a copy of this letter plus $10 made payable Wayne County Sheriff.

You may pay the fee in person or by mail. In either case, please provide us with a copy of this letter. Our mailing address is 2 Woodward Avenue, Room 1711 of the Coleman A. Young Municipal Center, Detroit, Michigan 48226. This office accepts cash or checks.

If you have any questions regarding this matter, please call Clerical Specialist, Ms. Sanders. I may be reached at 313-224-2261. Thank you for your time and attention to this matter.

> Very truly yours,
> **BENNY N. NAPOLEON**
> Wayne County Sheriff

**WAYNE COUNTY SHERIFF'S COURT DIVISION**
2 WOODWARD RM 1711 • DETROIT, MI 48226 •
(313) 224-2260 PH (313)224-2433 FAX



**Benny N. Napoleon**
*Wayne County Sheriff*

May 14, 2012

BARBARA BROW-RODGERS
5324 MCCLELLAN
DETROIT, MICHIGAN 48213

|  |  |
|---|---|
| *RE:* | *Black Race c/o Urban League* |
| *Sheriff No:* | *12-11485* |

Dear Sir or Madam:

Our deputy sheriff has been unable to serve process in the aforementioned cause due to reason/reasons stated below:

( )  *Moved, no forwarding address provided*
( )  *No such address as provided*
( )  *House/property vacant*
( )  *Subject is unknown at address*
( X )  *Other:*

Deputy Michael Jackson, Jr. attempted to serve a summons and complaint @ 208 Mack Avenue in Detroit, Michigan 48201. Cannot accept service for entire race.

If you need an Affidavit of Non-Service (which you will need to obtain an *Order for Alternate Service* (Michigan Court Rule 2.106) please forward a copy of this letter plus $10 made payable Wayne County Sheriff.

You may pay the fee in person or by mail. In either case, please provide us with a copy of this letter. Our mailing address is 2 Woodward Avenue, Room 1711 of the Coleman A. Young Municipal Center, Detroit, Michigan 48226. This office accepts cash or checks.

If you have any questions regarding this matter, please call Clerical Specialist, Ms. Sanders. I may be reached at 313-224-2261. Thank you for your time and attention to this matter.

Very truly yours,
**BENNY N. NAPOLEON**
Wayne County Sheriff

**WAYNE COUNTY SHERIFF'S COURT DIVISION**
2 WOODWARD RM 1711 • DETROIT, MI 48226 •
(313) 224-2260 PH (313)224-2433 FAX

Target Information Management, Inc.

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | BROWN RODGERS, BARBARA v |
|---|---|---|
| JUDICIAL DISTRICT | Page / of 22 Pages | Hon. John H. Gillis, Jr. |
| JUDICIAL CIRCUIT | | |

Court address

12-005884-CZ

*Jury Demand*

the Magnitude of discremation forced upon
me for over 68 years by the citizens + law
enforcers of the city of Detroit + the city of Warren
City Police cannot be justified by President
Obama and Mayor Bing. No way can tell the
world they did not know of the evil their
constituents poured on me was not in
their knowledge. they are leaders of the
American Black race and they know
and scuterinize all unusual behavior
of the black race. the Black race, world w
has blasphemed me with nothing but venger
and hate. Hate that comes from sheer, pure
undelated Jealousy Just sheer jealousy.
this hate followed me from city to city. th
hate me without a cause. they hate me
because I am a genius + I am the
daughter of God. Some whites and men
of other races have followed their lead. Judg
K. McDonald + Judge J. Stempien have followed th
lead by not giving (Judge K McDonald) reconsideration for my law
against President obama, mayor Bing, 911 + th
Black race. Judge Stempien refused to give m
Reconsideration for my law suit against Cypres
Doe el. Both of them discremated against me

MC 01a (3/85) SUMMONS AND COMPLAINT

To re-order this form call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant
2nd copy - Plaintiff

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

JURY DEMAND
**SUMMONS AND COMPLAINT**

2 Page   of   Pages  218
BBBR

BROWN RODGERS, BARBARA v PR
Hon. John H. Gillis, Jr.   05

12-005884-CZ

Court address

as a mentally handicap. Judge K. Ziolkowi
discrimated against also as a mentally handi-
cap because he would not approve of my
motion to not dismiss my case against
Michigan Community mental Health
law suit against Community Health I begged humbly in my
Please perform some my skills before the court, the
skills of playing, musical instruments, singing
opera, singing Songs I Wrote, reciting some of the
Poems I Wrote & dance Balet, Tape & disco
I also asked to speak in over 20 different
languages with interpreters. He denied my motion. Why?
I never did get my denied motion pape
work. He just announced from the Ben
it was denied. Judge K Maher When I
appeared before her in Probate Court to
determine if I was incompent in Feb 2
when I got on the Wittnes stand to respond to
Allegations against me by BCom Psychology
I told her I was a Genius. She did not let me
finish my testimony but instead she laughed
and said "She does have a problem & gave
me 14 more days to Stan in the hospital
forced me to ...

To re-order this form call (517) 337-1211.
Target Information Management, Inc.

**STATE OF MICHIGAN**

JUDICIAL DISTRICT

JUDICIAL CIRCUIT

Court address

**SUMMONS AND COMPLAINT**

Page 3 of Pages

Original - Court
1st copy - Defendant

BROWN RODGERS, BARBARA v PROT
Hon. John H. Gillis, Jr.

12-005884-CZ

Court telephone no.

I told Judge K. McDonald + Judge J.
Stempien on my motion for reconsideration
that the days for my law suits, that they
were over, that I was incapassated in a
hospital Recuperating from a Psychosi
illness. I assume they did not believe
me. Will that is too their folly because he
in my paper work, they both said m
BBR paper motions were untimely, what was I
suspose to do? I was sick therefore I
believed + still do that I had an litery
excuse, Michigan Community Mental Health
has barred me from telephone calls
called to find out why they had not
presented me to the world as a geni
they knew because, Kingswood Henry Ford Hospit
told them, 911 + Detroit police has
repeatedly treated me like dust un
their feet, the post office has repe
denied me my rights as a Citize
of America + my rights us a po
Customer — Not my rights as a po

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                    05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAI**
Page of Page

12-005884-CZ

Court address

no.

proper receipt of my mail sent to me
Radio station 107.5 has repeatly discrimated me again
a black radio station after I showed a
female person my art work, some of my poems, my
Medical Cures & discovery that their is more
than one sun. BBR sung some of my songs, they gave
me a fictions name to call and to speak
to a Ms. West. When BBR whenever I called after
that I would always receive a recording
about a trip that they said would end
that tries. 4-17-12 Even though it was after This
the recording would always come on
When I would call. I also sung a
few bars from one of my songs to
a young man, Tessie Hughes has
played a part of a hypocrite
because for years she played a part
us my friend. I let her have 3 of my hats
in the last week of Jan 2012. a week
later in Feb 2012 I was admitted
to Kingswood Henry Ford Hospital. When I got me
told her I wanted my hats. She got me
one of to.

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                    05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAIN**

Page ___ of ___ Pages

5

12-005884-CZ

Court address

the Warren City police did not talk to m
nor give me a rape test when I was at BCO
Hospital, Warren, Mi, after I made a report
to Reciept rights advisor Susan Porpord h
bein raped by my Technician. Douglas Jones,
a black male that I thought was my
friend did everything he could to destroy
me in 2011. He repeatedly tried to kill me
by food poisoning. In Oct 2011 I finally went
to St John Hospital. They said I had food
poisoning. He tried repeatly to make me a
heroin Junkie by shooting drugs in m
fingers while I slept. He destroyed my
beautiful Jewelry Collection (some were
antiques.) He destroyed some of my
copywrite materials. He destroyed also
some of my beautiful clothes, He als
perform my foods and me by making
all my locks fall out. He shaved
hole in my hair while I was
sleep. Gerald Johnson, Mike Doe
and Kenneth Irving worked wit
Douglas against me to kill + destro

Douglas
also
threw my
urine my
Top plate
of my
false
teeth
me with food.

To re-order this form call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                    05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT

JUDICIAL CIRCUIT        6

**SUMMONS AND COMPLAINT**

Page ___ of ___ Pages

12-005884-CZ

Court address

Kenneth, Douglas told me had taken out an insurance on me, without my approval or knowledge Cathy Garrett, country clerk never acknowledged me us an attorney with a just filed ~~attorney with a~~ BBR Complaint I repeatly called + went to her office Yet she never called me or let m see her, Charter One or Citizens Bank has repeatly defrauded me and charged me grossly 37 for each fraud + $6.99 a day until Payment was made in full Mr. Ellison In March 29 12 in April 2012, each month I owed $4 a. door neighbor puts on a mask + strange glasses everyday + stared in my house until I went BBR go to bed. I have no privacy. He watches me all day 24/. and uses voodoo on me Dr Parson director of Kingswood Hospital, Dr Copperland three...

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page ___ of ___ Pages

12-005884-CZ

Court address

I asked Dr Parson to give me m
5 cures (God gave me to give to the world)
back that I gave to Kingsword and Dr
Hale, Dr Verman + the Hospital, nurse, The
Cure for Sugar Diabetes ② Alzeheimers
③ V cord exposure ④ Drug addiction
⑤ Catontic Illness ⑥ My dress design
of a evening gown drawing + a drawing
of a design of a fan, they were put in
my chart. I asked for them back
because I waited for over a mon
for a thank you or a hand shak
or a thank you note from the
hospital and the receivers that
were involved. Nothing was for
coming. therefore I told Dr Pars
since everyone at the hospital
was so unthankful I wanted my
cures back, He said to me , I

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

BROWN RODGERS, BARBARA v PROTEC
Hon. John H. Gillis, Jr.                    05/01/20

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**

Page 8 of 29 Pages 9

12-005884-CZ

Court address

Court telephone no.

ict like. Bitch Before I get in thank you. No Wa
I want them back + take Credit for
myself. I never heard from him agai
even though I called him repeatly
and left messages. Dr Coffey the
Administrator never would call me
after I repeatly left him messages.
Sheer disrespect and ungratefulve
Threasa Samarco, director of Behav
Healthier + told me I did not give them
any cures. I told her she was lyin
and just to get to use my cures.
I also told her you have told me I was a Genuis + now you can
get out of attorney Aaron Thomas + Corperat
the shit Council of Guardian Bldg obstruc
Justice in dealing with my
Cypress Doe et al case becau
they refused to let me come to
their office floor and get my
summons and return for super
vison Cypress D

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

Court address

**SUMMONS AND COMPLAINT**
Page _____ of _____ Pages

BROWN RODGERS, BARBARA v PROTECT
Hon. John H. Gillis, Jr.          05/01/2012

12-005884-CZ

Guardian Bldg where corporate Council + Attorney Thomas are located, told me he was instructed not to let me up on any floor not even the County executives floor. When I went to get my Summons + Return for Cypress Doe + And Doe. The water Board has charged me outragous prices and refused to cut off the water when I asked them when squatters was on my property. Twice Dept of Human Services has tried to put me in a fraud. Guardian alarm has broken into my property + without my concent or fore knowledge put in electronical devices +, me public employees refused to get me public information. The copywrite office tried to lie on me + said I submitted "Free Spirits" which I never did. Lionel Nivens of Dept of Civil Rights said my Civil Rights had not be violated + would not keep me after MPRO sent him my allegations against BCOM Hospital - he read affidates where I said I had been raped by a Technician there and treated without dignity + respect. Mr. L. Nivens is black, the Page Family my birth right family has tried to kill +

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT

JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**

Page 10 of 2/8 Pages

12-005884-CZ

Court address

Court telephone no.

Supervisor Cypress Doe & Clerk Anderia in front office of Sheriff's office where Summons & Returns are filed refused to help accomodate me ~~BBR~~ BBR to get my Summons & Return to President Obama or place 4 Summons & Returns East, North, South & West Strategists are I Set for the Black Race to see. By their behaviour they let me know they were trying to obstruct justice. Anderia told me she did not know what to tell me or how to get my Summons & Return to Obama for his signature, Mr Cypress Doe Refuse to give me any information and threathen to have me thrown out of the building for destrubing the peace. Chief Sheriff Bennie Napolean refuse to accomodate me in anyway. I went to his office 2 or 3 time He, they said was not available, I explained to his Secretary Olivia that I had a law suit again President Obama & the black race & I need his expertise on how to get my Summons and returns to them, so therefore please get in touch with me. I left my address name & phone number. Each time he never responded. I also went to his office asking for help in implement my freedom of religion. I left my

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

BROWN RODGERS, BARBARA V PROTETCT
Hon. John H. Gillis, Jr.        05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page 1 of 2 Pages

12-005884-CZ

Court address _____   Court telephone no. _____

A predomently Black church
Refused in June 2011 to allow me to practice
my freedom of religion there. They threw
me & dragged me out of the church building
and told me to worship somewhere else
Dwight Dooley (Deacon) Keith Hicks (Deacon
Mr. Cowie (Deacon) and 2 off BBR duty
police officers (members of Highland
Church of Christ) (they all broke the statue
of the constitution that states I have
a right to freedom of religion. the 2 off
duty police officers) are the ones who
dragged me down the hall way &
down the steep outside steps + threw m
on the grass + said (the short one s
lets call the homeless car to get her. I sa
what are you talking about I have my ow
home. the other one said, We will just ca
911. I said there is the bus parked down
next block, I will take it home. When th
bus came I got on it, I was totally over
with shock + disbelief, I could not
believe this was happening in the 21st

To re-order this form call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                    05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT

JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**

Page /2 of    Pages
218

12-005884-CZ

Court address

Someone, us I started to scream, put their hand over my mouth from the back, I could not see who did this. God has said in the bible the law does not carry the sword in vain. The law is ordained by God for the evil doer, therefore do not be afraid of the law except if one is an evil doer. They protected themselves us evil doers by abusing me forcefully & denying me my lawful right to freedom of Religion. My right to worship my God in a Christ like manner the off duty police officers used brute force against me, a senior female citizen, without Just cause. My body was wretched as the officers threw me on the grass. I was totally disgraced. The members of the Church were Worshiping in the assembly hall & must have not heard the comotion because no one came out to help me, no one called me to find out Why I had not been to worship afte

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page 13 of 218 Pages

BROWN RODGERS, BARBARA v PROTETC
Hon. John H. Gillis, Jr.          05/01/201

12-005884-CZ

Court address

try to Worship at Highland church, if
Christ, as soon as I got into the hallway
Deacon Doodley rushed up to me and said
"you have to leave", I said I have come
to Worship. He say "no way", you have to g
I left in utter disgrace and dismay
May God show his anger and Wrath
upon Highland Church of Christ, the
Church Jesus died for, the Church
that the bible said, said "come who
so ever Will, come just as you are
and drink of the water of life freely
Praise God the Father, His Son our
Redeemer & the wonderful, beautiful
Holy Ghost, May they reign & be glorified
for ever and ever. May these false
brethren & true hypocrites be
Punished according as God has ord
ed the law to bring his anger + Wrath
upon their evil and corrupt blac
hyprocritical hearts. Judge P. Edwa
discrimated against me repeatly + used his posi
to alter my right as an attorney to file my la
suit against Mayor Bing, the city of Detroit & its
15 Counterparts as Agencies and made me file

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT —
Hon. John H. Gillis, Jr.                05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**

Page  14  of  218  Pages

12-005884-CZ

Court address

recinded my motion to not have
my pleadings to not have my case dis
missed against Judge Edwards, I had
filed a law suit against him and
Pamala Oliver + Supervisor Jane Doe
for discrimunating against me a lone
attorney. For my Remedy I had asked
that he be removed from the bench + the
Supervisors Pam Oliver + Jane Doe to
filed. I had mercy on them and recind
my motion. Their attorney Mr Aaron
Thomas 7 Corporate Council did not
even shake my hand nor did he
acknowledge any graditude. Judge
Edwards never acknowledged nor did
he introduce himself to me to tha
me in any way. Neither Pam Olive
Supervisor 7 room 201 nor did Jane
Doe her supervisor ever thanked
me or acknowledge me in anyway
What inadequate behavior! I had
Just saved their jobs, their lively
hood a Crazy, ungraduful people. I cou
have won the case hands down
because I had them dead certi,

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                05/01/2012

**STATE OF MICHIGAN**

JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page 15 of 62 Pages

12-005884-CZ

Court address

And totally ungrateful, I entered
a Motion of Reconsideration to Honorable
Judge Robert Colombo Jr concerning
this case. The motion was denied and I
understand why because on the motion
I stated I was incapassitated in the
hospital with a Psychosis Feb 2012 - Ma
2012. This was an after effect. Therefo
Judge Colombo Jr dismissed as he should
have. What I should have said & showed
my papers (they are filed with this
complaint) that I was incapassitated
in the hospital in Sept 2011 and my
decision to recind the case was held
Oct 28, 2011 in Judge Colombo's Court room
on the 11th floor. I really was not of
sound judgement when I made the
decision to recind the case because I
went back to the hospital in Oct Nov 2011
for the same condition - Psychosis. Presi
Obama never sent me back my Summon
and Return, with Return Receipt by Registere
mail to me, even though I sent him a Certif
Check for $20.0 for sending the informa
back to me by Registered mail, Return Rec
sent him a filled out registered form

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page 16 of 28 Pages

BROWN RODGERS, BARBARA v PROTECTC
Hon. John H. Gillis, Jr.            05/01/2012

12-005884-CZ

Court address

He totally ignored me one everybody else has in authority. The post office never returned my registered retu Receipt from President Obama, they never returned my Registered Recei for Supervisor Cypress Doe + Andri Doe's Summons + Return. How Total convenient. For my Relief of this law suit + I am asking that President Obam + Mayor Bing be impeached, that Douglas Jones Gerald Johnson, Kenneth Erving, Mike Doe and all the remain members of the Allies Page Family + every member of the Black race world wide that does not Repent of their evil Rebellious and stiff neck spirit, children of the devil, against G ure, and all the other races that Repent a part in their rebellious nature again me, God's daughter + PROPHET + Genius of Genius, be throwed outside the camp and be stoned to death. Enclosed are some of my Art work (Poems (3) songs + Medical Cures + Scientifi descoveries, they show I am truly a

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAIN**
Page 7 of 218 Pages

12-005884-CZ

Court address

I also want all the judges listed in this law suit taken off the Bench & disbared. I also want Judge S. Hubbard (Hubba taken off the bench & disbared because she discriminated against me & refused to give me an protection order against Douglas Jones even after I gave her just cause for me having & needing one. I do not want Judge Robert Colombo Jr taken off the bench nor disbared because he rightly & justly dealt with my cause. I want Judge P. Edward disbared & taken off the bench for he has proven & shown he is a totally ungrateful, corrupt, evil human being. He did everything he could to discredit me as an attorney. Enclosed is the motion I recieved against him & the terrible argument his attorneys sent to me with their motion, to stop my pleadings against him, yet I had mercy still, and the thanks I got was a slap in the face by him & his attorneys, they didnt (his attorney) even shake my hand in acknowledge graditude, neither did P am ela Oliver nor her supervisor Jane Doe I want both of their jobs. this is what I asked for ordinally I was not capable of making fictional decesi at the time when I had my pleadings resended. I should have told this honorabl Judge Colombo Jr in my motion

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.                    05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
Page /8 of 218 Pages

12-005884-CZ

Court address

for reconsideration. I should have
told him I had been hospitalized in
Sept 2011 and also in Nov 2011 for Psych
illness. I didn't do this because I was
still a little confused in Mar 2012
after being hospitalized Feb 7, 2012 –
Mar 2012, I filed my motion for this
reconsideration in Mar 2012. Prote-
tive Services + Rochell mailbox(S.W riser) has
been treating me with scorn + distain, to
know I have not had running water in this
house for months nor use of a toilet. Even
now they have not helped me in any way
nor have they found me a place to go.
I told Rochelle I was using bags for a toilet
She said nothing. Mr Reed a black
Plumber who orginally gave me paper
to do the job of replacing my water
Pipes (Black people broke in the house + sto
them) required BBR remodel + said he ha
to get his federal I.D renewed + he
would not give me his license number
to give to protective service. He wrote my job on his
letter head + said he was license. Rochelle told me to
call him + get this information. I also gave Rochel
on Home Depots letter head a quote for the job. She
chose Mr. Reed. I thought your Federal I D was your
Social Security number. I am not hollering but
au when I say I am a senior, Kingswood Hospital told Alter
that I was a semi....

To re-order this form, call (517) 337-1211
Target Information Management, inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

**STATE OF MICHIGAN**

JUDICIAL DISTRICT

JUDICIAL CIRCUIT

Court address

**SUMMONS AND COMPLAINT**

Page ___ of ___ Pages

19

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.

05/01/2012

12-005884-CZ

Had Physics but many equations
Prove I know it and so forth. I told Mr.
Williams, Director of Detroit East Mental
Health Clinic Inc, that I wanted him
to put me on TV and Satelite. He said
Satelite was to expensive but they wer
spreading it by mouth + word. On 4-23-12
at 2:30 pm I ditated how I wanted my newspaper
announcement to the world that I was a genu
to be Written. "We, Dr Rogue Psychartist and Mr.
Williams, Director of Detroit East Mental Health
Clinic Inc, have the honor and privilege of
bestowing on our client, Barbara Brown-Rodger
of many years the title BBR Genius of Genius's
She is the smartest Genius in the world. She ha
proven this to be true without a shadow of a
doubt. May God get all the glory and honor
for her magnificent intelligence. We set our
seal for this discovery to be true. I told
Mr Williams I wanted both of them to sign
this affidavite, with their credentials and
date. In 2009 Dr Rogue told me I was
born a genius + was still one but only
God could bring her out but only
at last God has brought her out, this is her supressi
now. My time has arrived. Kingdom for
Hospital also spread the word I. -
Mr. B.

To re-order this form call (517) 337-1211
Target Information Management, Inc.

20A   Original - Court
1st copy - Defendant

2nd copy - Plaintiff

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**
20A Page  of  Pages 2

Court address

BROWN RODGERS, BARBARA v PROTE[...]
Hon. John H. Gillis, Jr.      05/01/2[...]

12-005884-CZ

I want Tessie Hughes is to be put in jail with the maximum sentence for thievery after she is made to buy me the same hats from Ashtro. May no mercy be shown her, even though she is old. She flatly refused to give me my hats after I repeatly called her & asked for them back. She did this with forethought + malice thinking, because she is old she is going to get away with it. When I first went to get my hats she called the police. I heard her say she would bring my other two hats to me the next day — which she did not do. Tessie is a thief and a true hypocrite. Mr. Allison I want to be thrown outside the camp + Stoned ~~to~~ BBR to death for treason because I kept trying to kill me with Vordo. I am the first Co [...] of America). Charter one Bank I want to sue for /oo Billion Dollars. I want to sue Henry Ford Kingswood Hospital for $/oo Billion dollars. Community mental Health — I want to sue the[...]

To re-order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

12-005884-CZ

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | |
| JUDICIAL DISTRICT | Page of Pages | |
| JUDICIAL CIRCUIT | | |
| Court address | | |

I want Chief Police - Sheriff - Bennie
Naapoleon fired. I want Radio station 107.5
to pay 100 Billion dollars. I want Ware
City Police to pay me 100 Billion dollars
I want the Post Office to pay me 100
Billion dollars. I want Theresa
Sumarco's license Revoked. I want
Attorney Aaron Thomas' license revoked
I want Assistant Supervisor Cypress Doe
Adrian Doe fired I want Corporate
Council to pay me 100 Billion dollars
because they + attorney A. Thomas tried
to obstruct Justice in my case against
Cypress Doe + Adrian Doe. they refused
to give me my Summons + Returns for the
above case. the only way I got them was
by mailing about a month or two later
after filing my complaint
I don't know who sent them to me
their was no other Communication
in the mailing. I want 911 and
Cathy Durrett each to pay me 100 Billion
dollars each. I want Protective Serve
to pay me 100 Billion Dollars. I want
Rochelle mailbox license revoked
I want Medicare + Dept of Human Service

this form, call (517) 337-1211
rmation Management, Inc.

Original - Court
1st copy - Defendant

2nd copy - Plaintiff

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT

**SUMMONS AND COMPLAINT**

Page ___ of ___ Pages

12-005884-CZ

Court address

I Want Lionel Mons fired from the Civil Rights Commission, I want office of Personnel Mangement to pay me 100 Billion I Want the Water Board + the Detroit Police and 911 to pay me each 100 Billion doll I Want Guardian Alarm to pay me 100 Billion dollars. I Want Medicare to pay me 100 Billion Dollars, I Want Massey's to pay me 100 Billi dollars, I want Mr. Williams to lose his title as director and Just been a regular employee, I want Dr. Ra to be placed on Probation until he learn to do Justice to all his pati I want the plumber Mr Reed to pay me one Million dollars I want all members of the Page Turn Throwed outside the camp + stoned ~~For~~ BBR to death, I want Parkway Dealership to pay me 1 Billion dollars because they gave advertise to me + say I could get a car no matter how bad my credit was/or had been, they flatly Refu

*Please Call me and I will pay you what I owe you*

Page 21

*debit Card 313 648-3702*
*or 313 530-80*

Patient bottos at Henry Ford Kingswood Hospital
10300 W 8 mile Ferndale, Mi
Feb 7 - Mar 20

**Henry Ford HEALTH SYSTEM**

**PATIENT INFORMATION**
**RELEASE AUTHORIZATION**

MRN: 10300 W 8 mile

**INSTRUCTIONS**
Fill in the appropriate information in each applicable section. Sign and date the form. Incomplete forms will be returned to you unprocessed. A separate authorization must be completed for each request.

Patient Full Name: BROWN    BARBARA   J    Maiden Name: _____
                   Last      First    Initial

Date of Birth: 6-26-43   Last 4 Digits of SS# 6719   Sex: M (F)   Telephone: 363 530 8060 or 313 648-3

Address:   Street: 5324 McClellan                        Zip: 48213
           City: Det              State: MI

I, Barbara Brown hereby authorize Henry Ford Kingswood the director of agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers. *Not for use for disclosure of psychotherapy notes.*

1.  Name or title of person or organization and address to whom information is to be:

    [X] Disclosed To: Barbara Brown   Rodgers [X] Requested From:   Henry Ford
        5324 McClellan                                            Kingswood
        Det Mi 48213                                              Hospital
        313-530-8060                                              10300 W. 8 m
        Address                                                   Ferndale,
                                                                  48:

2.  The purpose or need for such disclosure
    [X] At the request of the patient   [X] Personal Use      ___ Continuation of Care   [X] Attorney
    ___ Workman's Compensation          ___ Insurance         ___ Disability                 Other: _____

3.  Specific information to be disclosed/obtained as related to #2. Indicate date of service: 2-7-12 to 3-1-12
    ___ ER Memo _____        Outpatient Visit _____
    ___ X-Ray /Lab _____        Discharge Summary _____
    ___ Immunizations _____        Diagnosis/Dates _____
    [X] Other (specify) 5 medical cures + a car & gown dress paper work that state I am a gene

4.  This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed.

5.  Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in this authorization, or on 4-30-12 (date cannot exceed one year from the date of signature below).

6.  I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization. Contact Referring Physician Office, One Ford Place, Detroit, Michigan 48202

7.  My care or treatment will not be conditioned on signing this authorization.

8.  The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

9.  Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information directly to a treating physician or health care facility.

*My Car given Hull I evi mi le ju*

B  Barb Brown              Relationship (if other than patient): Self



HENRY FORD BEHAVIORAL HEALTH

*Page 22*

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
12-005884-CZ
05/01/2012

**Kingswood Hospital**

10300 W. Eight Mile Road
Ferndale, MI 48220
(248) 398-3200 Office
(248) 691-4963 Fax

**Department of Psychiatry**
Consultation-Liaison Psychiatry
Forensic Psychiatry
Geriatric Psychiatry
Neuropsychology
Research Epidemiology and
  Psychopathology
Sleep Disorders and Research
  Center

**Kingswood Hospital**

**Maplegrove Center**

**Outpatient Centers**
Clinton Township
Dearborn
Detroit
Troy
West Bloomfield

April 4, 2012   *Wrong date*

Ms. Barbara Brown
5324 McClellan
Detroit, MI 48213

Dear Ms. Brown,

Please complete the enclosed authorizations, ALL BLANK AREAS, and return in the envelope provided.  Upon receipt of completed releases, your request will be processed through our coping services MRO (Medical Records OnLine).  There could be an invoice applicable and payment will need to be made before records will be mailed to you.

Thank you.

Sincerely,

*Cheryl A. Siwiecki*
Cheryl A. Siwiecki
Lead Analysyst
Health Information Services

cas

enclosures

*I did not call 4-4-2012*
*I called April 17, 2012*
*Mailed to me Apri 17, 2012*

E N V I S I O N  *the next 100 years*



PATIENT INFORMATION
RELEAS  UTHORIZATION

*Page 23*

MRN:_____

## INSTRUCTIONS

**Fill in the appropriate information in each applicable section. Sign and date the form. Incomplete forms will be returned to you unprocessed. A separate authorization must be completed for each request.**

*Please call me and I will pay you what I ow you by debit card 313-530-8060 or 313 648-37*

Patient Full Name: BROWN BARBARA   Maiden Name: _____

Date of Birth: 6-26-43  Last 4 Digits of SS#: 6719  Sex: M (F) Telephone: (313 530-806C *or 313-648-37*

Address: Street: 5324 McClellan

City: DET   State: MI   Zip: 48213

I, Barbara Brown hereby authorize **Henry Ford Kingswood Hospital** its director or agent, to disclose information contained in the medical record of the patient identified above, which includes information that may be stored in a paper and/or electronic format, as set forth below. However, such notes may contain information on general medical care; alcohol and drug abuse treatment; psychological and social work counseling; human immunodeficiency virus (HIV) or acquired immunodeficiency syndrome (AIDS) or AIDS related complex (ARC); communicable diseases or infections, including sexually transmitted diseases, venereal diseases, tuberculosis and hepatitis; demographic information; and treatment received at other health care providers. *Not for use for disclosure of psychotherapy notes.*

1.  Name or title of person or organization and address to whom information is to be:

☒ Disclosed To: BARBARA BROWN-Rodgers   ☐ Requested From: **Henry Ford Kingswood Hospital**
5324 McClellan    **Medical Records**
Det mi 48213    **10300 West Eight Mile Road**
    **Ferndale, Michigan 48220**
_____    _____
Address    Address

*2-7-12 thru 3-1-*

☒2.  The purpose or need for such disclosure
☒ At the request of the patient  ☒ Personal Use  ___ Continuation of Care  ☒ Attorney
___ Workman's Compensation  ___ Insurance  ___ Disability  ___ Other ___

☒3.  Specific information to be disclosed/obtained as related to #2. **Indicate date of service:** 2-7-12 TO 3-1-1

___ ER Memo _____   ___ Outpatient Visit _____
___ X-Ray/Lab _____   ___ Discharge Summary _____
___ Immunizations _____   ___ Diagnoses/Dates ___(5)___
___ Photographs _____   ☒ Other (specify) medical cures des (2)

4.  This authorization is valid only if received by Henry Ford Health System within 60 days of the date signed *that was gn*

5.  Ongoing access in treatment settings: This authorization expires when the patient information is disclosed as permitted in *Dr Hale Prudane )* this authorization, or on _____ (date cannot exceed one year from the date of signature below). *Verm*

6.  I may revoke this authorization at any time. Revocations to this authorization must be presented in writing. Revocation will not apply to the information that has already been released pursuant to this authorization.

7.  My care or treatment will not be conditioned on signing this authorization.

8.  The persons to whom information is disclosed under this authorization may possibly re-disclose the information to others without the patient's knowledge or consent and therefore the privacy of personal and health information may no longer be protected by law.

9.  Henry Ford Health System and/or its copying services reserve the right to charge for processing and copying information. This fee is waived when releasing information **directly** to a treating physician or health care facility.

☒ Signature: Barbara Brown-Rodgers    Relationship (if other than patient): Self
Patient, Parent of Minor, Legal Guardian, Personal
Representative, Heir at Law, Person under a Power of Attorney.   ☒ Date: 4-30-12

*If Legal Guardian or Personal Representative or person with authority under a durable medical power of attorney, a copy of appropriate documentation is necessary for release. (5) Medical Cures ① Cure for*

*ngar Diabetes ② Blah I imen ③ M...*



**ST. JOHN HOSPITAL & MEDICAL CENTER**

22101 Moross Road
Detroit, MI 48236-2172

March 28, 2011

Ms. Barbara Brown-Rodgers
2637 Cadillac Boulevard
Apartment 15
Detroit, MI 48214

Dear Ms. Brown-Rodgers:

I would like to take the opportunity to thank you for speaking with me regarding your March 14, 2011, Emergency Room visit.

At your request, enclosed you will find forms for filing a complaint with our department regarding the care that you received. As I mentioned during our conversation, you may place your complaint by telephone, in person, or in writing. It is not necessary to use this form when filing a complaint, but you may if you wish. You may submit your written complaint in person, by fax at (313) 343-3307, by email at mary.decarolis@stjohn.org, or via U.S. Mail at the address below:

St. John Hospital and Medical Center
Patient Relations Department, Box 116
22101 Moross Road
Detroit, MI 48236

When we are in receipt of your complaint, I will contact you to let you know and will explain our complaint process to you at that time. In the meantime, if you have any questions, or if I can be of any assistance to you, please feel free to contact me at (313) 343-3349.

Sincerely,

Mary De Carolis

Mary DeCarolis
Patient Relations Department
St. John Hospital and Medical Center



pktmi.DOC Mhagerty 10/9/2009 1:54 PM
Approved, SCAO

JIS CODE: NHH

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | NOTICE OF HEARING ON PETITION<br>FOR HOSPITALIZATION/ASSISTED OUTPATIENT<br>TREATMENT/JUDICIAL ADMISSION | FILE NO.<br>-780809-MI |
|---|---|---|

**JURY TRIAL**

In the matter of  BARBARA BROWN,  Subject of a Petition

1. This court is requested to

☒ detain you for treatment in a hospital/center or order some other treatment program on the basis of the grounds and reasons stated in the petition and the clinical certificates or report that were served on you.

☐ order assisted outpatient treatment on the basis of the grounds and reasons stated in the petition  that was served on you.

2. A hearing on the petition will be held at.

1201 Coleman A. Young Municipal Center
Location

October 29, 2009                          10:00 am
Date                                                    Time

Before Judge     Cathie B Maher

3. You are entitled to be represented by an attorney at a full court hearing.  The court has appointed:

LORI FITZPATRICK-TIMAR                                       40701
Attorney Name                                                           Bar No.
41836 HEMPSHIRE CT
Address

NOVI MI  48375                                                    248-767-8635
City, State, Zip                                                       Telephone No.

as your attorney.  If an attorney of your choice agrees to represent you and notifies the court of his/her appearance on your behalf, that attorney may replace the court appointed attorney.  If you believe you are unable to pay for an attorney, and the court agrees, your attorney will be reasonably compensated from public funds.

4. You have the right to be present at the hearing.  If you fail to attend the hearing after having an opportunity to meet with your attorney, you will be considered to have waived your right to attend and the hearing may be held without you.

5. You have a right to an independent clinical evaluation, except that if the petition is for judicial admission, you also have the right to an independent psychological evaluation instead of a clinical evaluation.  If you believe you are unable to pay for this, and the court agrees, the evaluation will be paid for from public funds.  You also have the right to a jury trial.

6. You should discuss your rights with your attorney.

*Marcia Hagerty*

10/9/2009
Date

Deputy probate register/clerk

Do not write below this line-For court use only

PCM 212 (9/07)   NOTICE OF HEARING ON PETITION FOR HOSPITALIZATION/ASSISTED OUTPATIENT
TREATMENT/JUDICIAL ADMISSION
MCL 330.1433, MCL 330.1453, MCL 330.1455, MCL 330.1463, MCL 330.1517

BROWN RODGERS v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012
12-005884-CZ

Pages 25-29

to Barbara Brown-Rodgers

Some Medical
Cures for:

1) Sugar Diabetes

2) Alzheimers

3) Catatonic Emotional
illness

4) 2nd Phrase ii/or Cleansing
for Voodoo exposure

5) Drug Addiction

6) My Cure for Voodoo
exposure, Feb 20, 2012 Write out
in my own hand + gave
to Dr Termuvia J. Henry

Henry Ford
HEALTH SYSTEM

Gillis Jr. BARBARA v PROTECT
12-005884-CZ
05/01/2012

DATE:

MRN:

**General Notes**

| Date | Time | Note progress of case, change in diagnosis, condition at discharge. Instructions to patient, Omitting Progress Notes. Sign each entry |
|------|------|---|

*(margin, left vertical writing):* These cures are for all / Written / Henry Ford / Stationary / by the White / man (Prophets) / that came to / see me at / Henry Ford / (Hospital) / to Write / down these / medical / cures that / gave me to / give to / the World / free of / charge

God has bestowed the honor of giving Dr. Prudue the cure to sugar diabetes and its comrade disease Alzheimers. These cures are given to Dr. Prudue-Hall by Jesus Christ for in him we have our very being, and without him, we can do nothing.

The cure for Sugar diabetes ☥

1) When flies bite they always bite in a 90° angle or a horizontal angle.
2) When they bite in these 2 angles, freeze them immediately.
3) Remove their semen and sperm.
4) Mix the 2 of them into a jelly.
5) Insert this mixture into a needle.
6) Shoot 5mg into the center of each foot.
7) 5mg shoot in the R and L big toe.
8) 5mg shoot in the center of both hands.
9) 5mg shoot in the center of both legs.
10) 5mg "     "     "     "     "     feet.
11) Shoot 5mg into the center of the forehead.
Do this ritual approximately for 3 days, and the patient shall be cured.

Alzheimers

Take 10 flies and placed them in a closed container, but the top of the container must be full of holes, where the humming of the flies can be clearly heard. Take 3 of these containers and place them in a 90° angle in the room. The humming must be heard very clearly, or make a recording of the noise.

(over)

26055 Rev. 9/09

| Date | Time | Note progress of case, complications, change in diagnosis, condition at discharge, instructions to patient (include Admitting Progress Notes). Sign each entry. |
|------|------|---|

Page 26

BROWN RODGERS, BARBARA v PROTECT
Hon John H Gillis, Jr.
12-005884-CZ
05/01/2012

If the patient listens to this for half an hour 5 days per week, he will be cured.

Diabetes & alzheimers

These cures I gave to a white man who came to see me at the hospital I forget his name. the first time he came to see me he had a young Dr with him a student — a Chinese. the second Time he came he came alone. He asked me the second time to fold a piece of paper in half with my right hand I did. He asked me to spell World backwards + he asked me about the names of the recent Presidents of the U.S. of Am. this is his handwriting not mine. He did not give me a copy of cure for

these 2 cures Sugar diabetes and alzheimers are written in his hand ... these cures ... all drugs or catatonic emotion

Cure for February ...

*Page 2 Mr. Heaser*

*I gave nurse Practioner the Cure for Catontie Illness*

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

**12-005884-CZ**

Page 28   2011   (9)

Christ has bestowed the honor
of the cure for the cure of
the emotional
Catatonic illness by letting
nurse Practitioner Slusser the
gift of letting the patients with
this illness have at all
kinds of beautiful magazines 1/2 hour
a day 7 days a week for 3 week
and they shall come back to
reality

BROWN RODGERS, BARBARA v PROTETCT          05/01/2012
Hon. John H. Gillis, Jr.

12-005884-CZ

*ICA Page 2 of 8*

the 2nd ~~phase~~ of cleaning for ~~Lord~~
~~Explosive~~ Wash Body daily ~~TWISE~~ ~~a day with~~

11. Wash Body daily with Shampoo for 2 weeks. Rinse off

12. Wash the Body in clean water for one week. Scrub vigorously

13. Rub body down with camphor oil a vicious all over.

BROWN RODGERS, BARBARA v PROTETCT   05/01/2012
Hon. John H. Gillis, Jr.
12-005884-CZ

+ Everytime both bath until its off each part stop until next time

# Cure for Drug Addiction

1. thou shall worship the Lord thy God + him only shall thou Serve

2. thou shall have no other God before Me

3, thou shall love the Lord thy God with all thine heart, soul Mind + Strength

Everybody know drugs are on

that who all I sign 2 up for when
I reported to East East in
Mar 2012 after I got out
of Kingswood Hospital 3-1-12. He
Dr. Ruzu. I also told my East &
and I never had a problem with William
had no anger problem, I showed
Mr Williams Nicole (Chrysptal as
not in the room yet.) my art work,
my cures for Sugar Diabetes,
2) Drug addiction (all addiction
3) Alzhemizers 4) Catontia Illness
the second phase of works exposé
I sung for them my song "I Gr
my Wings, Read some of my poes
"To Jason My Son" (3) Poems about
the rose in my Garden, the Pin
and me. I also showed the

*13*

*page 30*

*833 7910*

DETROIT
INSTITUTE
OF ARTS

5200 Woodward Avenue    313 833 7900
Detroit, Michigan 48202    www.dia.org

*Send me this letter back. Keep all the pictures*

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

**12-005884-CZ**

Dear Ms. Barbara Rodgers

      Your letter portfolio was referred to me by Rebecca Hart, Associate Curator of Contemporary Art. Thank you for submitting your work for consideration by the Detroit Institute of Arts. I would like to congratulate you on your recent creative endeavors. I have shared and reviewed your portfolio with my colleagues and we encourage you to continue working. However, our exhibition schedule is currently quite full, and therefore, we cannot offer you an exhibition at this time. I am returning the materials for your files. We wish you continued success in your career and please accept my best wishes for finding an appropriate venue for your body of work.

**DIA**

Sincerely,

Vincent Finazzo
Curatorial Intern
The James Pearson Duffy Department of Contemporary Art
Detroit Institute of Arts
5200 Woodward Avenue
Detroit, MI 48202

*Fin uz 30*  *Just some scribblin*

*833-1478*

*art Gallerys*

*Macys  313 245 2200*

*7AM-11pm*

BROWN RODGERS, BARBARA v PROTECT
Hon. John H. Gillis, Jr.
05/01/2012
12-005884-CZ





Page 32

Barbara Brown
Rodgers
5324
McClellan
Det, Mi 4821
313-530-806(
Rodgers Art
Collection
a Total of
31-50 Pages

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.    05/01/2012
12-005884-CZ

flower tree at 648 Chrysler



Page 33



BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.          05/01/2012

12-005884-CZ

eR Glass
Tase at 648
Arysler #104
Barbara Rodgers
5-22-09

Josephine
may God
always
remember

Page 34



BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012
12-005884-CZ

...een Plant at 648 Chrysler #104
5-23-09 Barbara Rodgers
Josephine)
May you strive
...



6-18-09 Faygo grape pop bttl
Barbara Rodgers



Hanging Plant 6-19-09
Barbara Ridge





Zebra Table At 684 Chrysler
Barina Rodgers #104
Barina Rodgers 5-22-09

Birds, River, Mountain
5-8-09 Barbara Rodgers
Page 3

Flamingo 5-9-09
Barbara Rodgers

Page 4

Page 5



Brown + White Horse
Barbara Rodgers

Barbara Rodgers 5-2-0

Page





Page 7







5-18-09 Barbara Rodgers

Link



"Fish" 6-77-09
Barbara Rodgers













Unusual animal 5/7/09 Barbara Rodgers loring





Looking out the
Window at Luke's Hospital
Forest Building.

Robert







Page 61



masses of small Molecules ⑤ constantly in motion and rotating clouds of admist is covered by H...

BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.    05/01/2012

12-005884-CZ

(over)



BROWN RODGERS, BARBARA v PROTETCT
Hon. John H. Gillis, Jr.
05/01/2012

BROWN RODGERS, BARBARA v PROTEYCT
Hon. John H. Gillis, Jr.
05/01/2012
12-005884-CZ

