UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA BROWN-RODGERS,

       Plaintiff,

v.

DAVID BING, BLACK RACE, CHECK &
GO, COMMUNITY MENTAL HEALTH
MICHIGAN, COPYRIGHT OFFICE,
CORPORATE COUNCIL, DEPARTMENT
OF HUMAN SERVICES, CYPRESS DOE,
MIKE DOE, DAISEY EDWARDS,
PRENTIS EDWARDS, MERRY FOREST,
CATHY GARRETT, AUDREY GILBERT,          USDC, E.D. MICH. S.D.
GUARDIAN ALARM, SUSAN HUBBARD,       NO. 2:12-cv-12962
DOUGLAS JONES, KATHLEEN MCDONALD,   Judge: Lawrence P. Zatkoff
COFFEY KINGSWORD, CATHY MAHER,      Magistr. Judge: Mark A. Randon
MASSEYS, MEDICARE, MEDICARE
FEDERAL, BENNIE NAPOLEON,
LIONEL NIOUS, BARACK OBAMA,
DOE OLLISON, OPM, DONALD PAGE,
RICHARD PAGE, PARKWAYS DEALERSHIP,
POST MASTER, PROTECTIVE SERVICES,
PROTETCTIVE SERVICE, RADIO STATION
107.5, DOE REED, JUDY STEMPIEN,
WATER BOARD, ALBERTA WHITFIELD,
DOE WILLIAMS, DOE WILLIAMS, AND
ROBERT ZILKOWSKI,

       Defendants.
_____/

## MOTION TO DISMISS THE AMENDED COMPLAINT

      Defendants, President Barack Obama, United States Postmaster General, United States

Department of Health and Human Services, Centers for Medicare and Medicaid Services, the United

States Copyright Office, the Office of Personnel Management, and Lionel Nious, by and through

their attorneys, Barbara L. McQuade, United States Attorney for the Eastern District of Michigan, and Jan M. Geht, Trial Attorney, move this Court, pursuant to Fed.R.Civ.P. 12(b)(1) & 12(b)(6), for entry of an order dismissing the Amended Complaint.

After removing this proceeding from state court, the federal defendants moved to dismiss the complaint. (Docket No. 3). After their filing, Plaintiff filed an Amended Complaint on July 17, 2012. (Docket No. 6.) The federal defendants reviewed the Amended Complaint and it appears that Plaintiff has not raised any new allegations. (*Id.*) In fact, it appears that she simply included additional proofs of service as part of her filing.

Since the allegations in the Amended Complaint are the same as the ones in the Complaint, the federal defendants incorporate by reference their motion to dismiss (and the supporting documents), filed as Docket No. 3, and respectfully request that the Court dismiss the Amended Complaint.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

_s/ Jan M. Geht_
JAN M. GEHT
Trial Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211
Phone: (313) 226-9641
E-Mail: jan.geht@usdoj.gov
Attorney Bar No.: DC 492147

Dated: July 30, 2012

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically filed the foregoing paper, with all the accompanying documents, with the Clerk of the Court using the ECF system to all counsel of record and mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

> Barbara Brown-Rodgers
> Plaintiff Pro Se
> 5324 McClellan
> Detroit, MI  48213

> _s/ Jan M. Geht_
> JAN M. GEHT